UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN PAYTON,

                          Plaintiff,

              -against-

WELLS FARGO BANK,

                          Defendant.

25-cv-6019 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the November 25, 2025, order, this action is dismissed for lack

of subject matter jurisdiction.


SO ORDERED.

  Dated:    February 6, 2026
            New York, New York


                                        /s/ Louis L. Stanton
                                          LOUIS L. STANTON
                                       United States District Judge